

**Christopher M. Alston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

## UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

In re:

SORENTO ON YESLER OWNER, LLC,

    Debtor.

BANKR. NO. 24-13217-CMA

ADV. PROC. NO. 25-01081

SORENTO ON YESLER OWNER, LLC,

    Plaintiff,

      v.

YAMINAH ODDIE-JOHNSON, an individual, YAMINAH ODDIE-JOHNSON FOUNDATION,

    Defendants.

ORDER GRANTING SUMMARY JUDGMENT FOR PLAINTIFF

THIS MATTER comes before the Court on *Plaintiff's Motion for Summary Judgment*, ECF No. 40 ("**Motion**"). The Court has considered the Motion, all evidence submitted in support of the Motion, the papers filed by Defendants in opposition to the Motion, the records and files

LAW OFFICES OF CHRISTOPHER L. YOUNG PLLC
92 LENORA ST. NO. 146
SEATTLE, WA 98121
(206) 407-5829

ORDER GRANTING
SUMMARY JUDGMENT - 1

Case 25-01081-CMA    Doc 75    Filed 10/28/25    Ent. 10/28/25 11:22:51    Pg. 1 of 4

in this proceeding, and the oral argument at the October 23, 2025 hearing on the Motion. At the conclusion of the hearing, the Court gave an oral ruling, which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a) and include:

A.      On December 18, 2024 ("**Petition Date**"), Plaintiff filed a voluntary chapter 11 petition initiating the underlying bankruptcy case.

B.      Defendant Oddie-Johnson was a tenant of Plaintiff and signed a one-year residential lease for Unit D216 of Plaintiff's apartment complex, Sorento Flats.

C.      Defendant Oddie-Johnson unilaterally attempted to create ownership rights and security interests by recording a warranty deed and financing statements.

D.      On July 26, 2024, Defendant Oddie-Johnson recorded or caused to be recorded an instrument entitled "Warranty Deed," executed by Defendant Oddie-Johnson as Grantor, which purports to convey Defendant Oddie-Johnson's interest in Unit D216 of Sorento Flats to Grantee, Yaminah Oddie-Johnson Trust ("**Warranty Deed**").

E.      The Warranty Deed is recorded with the King County Recorder's Office, Instrument Number 20240726000499.

F.      The only interest in unit D216 Defendant Oddie-Johnson held was a leasehold interest.

G.      The Warranty Deed did not transfer any ownership interest because Defendant Oddie-Johnson never held an ownership interest in Unit D216.

H.      Following the Petition Date, on December 31, 2024, Defendant Oddie-Johnson recorded or caused to be recorded UCC-1 Financing Statements with the King County Recorder's Office alleging security interests in Plaintiff's personal property, including rental proceeds generated by Sorento Flats ("**Financing Statements**").

I.      The Financing Statements are recorded with the King County Recorder's Office, Instrument Numbers 20241231000758 and 20241231000759.

J.      Defendants have produced no evidence whatsoever of holding any security or lien interest in Plaintiff's real or personal property.

LAW OFFICES OF CHRISTOPHER L. YOUNG PLLC
92 LENORA ST. NO. 146
SEATTLE, WA 98121
(206) 407-5829

ORDER GRANTING
SUMMARY JUDGMENT - 2

Case 25-01081-CMA    Doc 75    Filed 10/28/25    Ent. 10/28/25 11:22:51    Pg. 2 of 4

K.      The Financing Statements were recorded following the Petition Date in violation of the automatic stay under 11 U.S.C. § 362.  Because acts in violation of the automatic stay are void, the Financing Statements are void and unenforceable.  To the extent any Financing Statements were filed or recorded with any other governmental authority, such Financing Statements are null, void, and of no effect.

L.      On June 17, 2025, Defendant Oddie-Johnson filed a proof of claim asserting a claim of $1 billion secured by Sorento Flats and its rental income; however, Defendants have produced no evidence that Plaintiff owes Defendants anything let alone $1 billion.

Now, therefore, IT IS ORDERED:

1.      Claim Number 5 in Plaintiff's chapter 11 case, No. 24-13217, is hereby disallowed in its entirety.

2.      Yaminah Oddie-Johnson holds no claim against or interest in Plaintiff.  Nor does Yaminah Oddie-Johnson hold any security interest or lien against Plaintiff's real or personal property.

3.      Yaminah Oddie-Johnson Foundation holds no claim against or interest in Plaintiff.  Nor does Yaminah Oddie-Johnson Foundation hold any security interest or lien against Plaintiff's real or personal property.

4.      Instrument number 20240726000499, recorded with the King County Recorder on July 26, 2024 is null, void, and of no effect.

5.      Instrument number 20241231000758, recorded with the King County Recorder on December 31, 2024 is null, void, and of no effect.

6.      Instrument number 20241231000759, recorded with the King County Recorder on December 31, 2024 is null, void, and of no effect.

7.      To the extent any Financing Statement(s) with defendants as secured party and plaintiff as debtor have been filed or recorded with any other governmental authority (including the Washington Secretary of State), such Financing Statement(s) are null, void, and of no effect.

LAW OFFICES OF CHRISTOPHER L. YOUNG PLLC
92 LENORA ST. NO. 146
SEATTLE, WA 98121
(206) 407-5829

ORDER GRANTING
SUMMARY JUDGMENT - 3

8. This judgment may be filed/recorded with Washington state courts and county departments, including recorder's offices, as proof the recorded documents identified above are null, void, and of no effect.

/// End of Order///

Presented by:

LAW OFFICES OF CHRISTOPHER L. YOUNG PLLC


*/s/ Christopher L. Young*
Christopher L. Young, WSBA No. 47977
Counsel for Plaintiff

LAW OFFICES OF CHRISTOPHER L. YOUNG PLLC
92 LENORA ST. NO. 146
SEATTLE, WA 98121
(206) 407-5829

ORDER GRANTING
SUMMARY JUDGMENT - 4

Case 25-01081-CMA    Doc 75    Filed 10/28/25    Ent. 10/28/25 11:22:51    Pg. 4 of 4