Self-Executing Contract and Security Agreement
DATED: November 10, 2025
From/Defendant: Yaminah: Oddie-Johnson, Sui Juris, In Propria Persona.
Executor, Authorized Representative, Secured Party.
™YAMINAH ODDIE-JOHNSON©ESTATE., ™YAMINAH ODDIE-JOHNSON, Oddie-Johnson Trust
C/O 1414 EAST YESLER WAY UNIT D216
SEATTLE, WASHINGTON [98122]
NON-DOMESTIC WITHOUT THE UNITED STATES

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

SORENTO ON YESLER OWNER, LLC,

Debtor.

Bankr No. 24-13217-CMA

1

**MOTION FOR STAY PENDING APPEAL**

ADV.PROC.NO.25-01081

Chapter 11

Hon. Christopher M. Alston

---

**MOTION FOR STAY PENDING APPEAL**

(Fed. R. Bankr. P. 8007)

Filed by: The Yaminah Oddie-Johnson Trust,

by and through its Trustee and Beneficial Trustee.

---

**I. INTRODUCTION**

2
**MOTION FOR STAY PENDING APPEAL**

The Yaminah Oddie-Johnson Trust ("Trust"), by and through its Trustee and Beneficial Trustee, respectfully moves this Court under Federal Rule of Bankruptcy Procedure 8007 to stay enforcement of the Order Granting Summary Judgment entered October 28, 2025, pending appeal to the United States District Court.

The Trust is the real party in interest and holds all beneficial rights associated with the property located at 1414 East Yesler Way, Seattle, WA 98122 ("Property"). Any appearance of the personal name Yaminah Oddie-Johnson in pleadings by opposing counsel is in a representative capacity only, not as a personal or individual party.

---

## II. BASIS FOR STAY

### 1. Equitable and Beneficial Ownership

The Trust asserts lawful and beneficial ownership of the Property under a recorded Warranty Deed (Instrument No. 20240726000499, recorded July 26, 2024, King County Records) and supporting UCC Financing Statements recorded December 31, 2024. These documents establish a vested, secured, and equitable interest recognized in the public record.

3
**MOTION FOR STAY PENDING APPEAL**

## 2. Mischaracterization in Pleadings

The Debtor and its counsel have repeatedly mischaracterized the Trustee as a tenant of the Property. This description is false and misleading. Such references were made to sustain jurisdiction and prejudice the Trust's equitable rights, amounting to constructive fraud and misrepresentation.

## 3. Procedural Irregularities and Lack of Notice

The Trust received no proper notice or service of the October 23 hearing preceding the order appealed from, depriving it of due process and the opportunity to be heard.

## 4. Property Not Part of Bankruptcy Estate

The Property constitutes private trust property and is not part of the Debtor's bankruptcy estate. Enforcement of the judgment would unlawfully interfere with trust assets beyond the jurisdiction of this proceeding.

## 5. Irreparable Harm and Unjust Enrichment

Since July 2024, the Debtor has retained or benefited from rents related to the Property without

4
**MOTION FOR STAY PENDING APPEAL**

accounting to the Trust. Further enforcement would continue the deprivation of equitable rents and perpetuate unjust enrichment.

## 6. False Rent Allegations and Rebuttal of Presumptions

Opposing counsel's claim that "rent has not been paid since October 2024" is legally false. No landlord–tenant relationship existed after the Warranty Deed was recorded on July 26, 2024. At that time, title and beneficial ownership vested in the Trust, extinguishing any rental obligations. The Plaintiff's statement therefore constitutes a deliberate misrepresentation and abuse of process.

---

## III. REQUEST FOR RELIEF

The Trust respectfully requests that this Court:

1. Stay enforcement of the Order Granting Summary Judgment pending appeal;

2. Recognize the Trust's beneficial and equitable ownership of the Property;

3. Direct that all rents, lease proceeds, and related income from 1414 East Yesler Way, Seattle, WA 98122, be paid to the Yaminah Oddie-Johnson Trust;

5

**MOTION FOR STAY PENDING APPEAL**

4. Order the Debtor and its counsel to cease all mischaracterizations of the Trust or Trustee as a tenant;

5. Order an equitable accounting and restitution for all rents or profits wrongfully withheld from July 26, 2024 to present; and

6. Grant such other and further relief as equity and justice require.

---

## IV. DECLARATION AND SUPPORT

This Motion is supported by the previously filed Declaration of the Trustee, the recorded Warranty Deed and UCC filings, and all documents of record incorporated herein by reference.

---

## V. CONCLUSION

The Yaminah Oddie-Johnson Trust seeks preservation of its equitable rights and property interests during the pendency of its appeal and respectfully requests that the Court grant a stay pending appeal to prevent irreparable harm and further injustice.

6

**MOTION FOR STAY PENDING APPEAL**

DATED: November 10, 2025

Respectfully submitted,



/s/ Yaminah: Oddie-Johnson

Yaminah: Oddie-Johnson, Sui Juris

Trustee, Yaminah Oddie-Johnson Trust

Private Fiduciary / Beneficiary/Secured Party

All Rights Reserved, UCC 1-308, Without Prejudice

8

**MOTION FOR STAY PENDING APPEAL**